**Lois R. HALL, et al., Plaintiffs, Appellants,**

v.

**HANSCOM AIR FORCE BASE, et al., Defendants, Appellees.**

**No. 02–2090.**

United States Court of Appeals, First Circuit.

Aug. 10, 2003.

Lois R. Hall on brief pro se.

Gina Y. Walcott–Torres, Assistant United States Attorney, and Michael J. Sullivan, United States Attorney, on brief for appellees.

Before BOUDIN, Chief Judge, LYNCH and HOWARD, Circuit Judges.

PER CURIAM.

After a thorough review of the record and of the parties' submissions, we allow the appellees' motion for summary disposition. We affirm the lower court's dismissal on the ground that plaintiffs/appellants failed to satisfy the jurisdictional requirement that they first submit their claim to the appropriate agency in writing. *See* 28 U.S.C. § 2401(b); *Gonzalez v. United States,* 284 F.3d 281, 288 (1st Cir.2002) ("Pursuant to the FTCA, a tort claim against the United States is 'forever barred' unless it is presented in writing to the appropriate federal agency within two years after the claim accrues.") (quoting 28 U.S.C. § 2401(b)).

*Affirmed. See* 1st Cir. Loc. R. 27(c).